UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12--00040 |
| ) | Judge William J. Haynes, Jr. |
| JOHN WESLEY NEWELL ) | |
| Defendant. ) | |

NOTICE REGARDING TRIAL READINESS

Comes now the Defendant, John Wesley Newell, by and through counsel, and provides this report regarding readiness for trial as ordered by the Court. (Doc. 47). Defendant reports to the Court that the parties are presently negotiating a plea agreement and that it is hoped that the case will be resolved in this manner. If not, Defendant can report to the Court that it is anticipated that trial will require approximately eight (8) working days. Defendant is not aware of the AUSA Lee's schedule but reports that his attorney, Thomas F. Bloom, is unavailable for trial during the month of July. Otherwise, Defendant can be ready for trial in mid-June, provided trial is concluded by July 1, or beginning in September, 2013.

Respectfully submitted
s/ Thomas F. Bloom
Thomas F. Bloom
BPR 11950
911 Marengo Lane
Nashville, Tennessee 37204
(615) 260-5952

CERTIFICATE OF SERVICE

I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this 20th day of March, 2013.

s/ Thomas F. Bloom

[Handwritten annotation by judge: "ORDER. Counsel for the parties shall file a report on the status of their plea negotiations within 30 days of this Order. WJH 3-22-13"]