IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00040 |
| | ) | Chief Judge Haynes |
| JOHN WESLEY NEWELL | ) | |

*[handwritten annotation: CWSK — This motion is GRANTED for the relief sought.]*

**MOTION FOR ORDER DIRECTING UNITED STATES MARSHALL SERVICE and/or BUREAU OF PRISONS TO TRANSFER THE DEFENDANT TO A BUREAU OF PRISONS' MEDICAL FACILITY SO AS TO ACCOMPLISH DONATION OF DEFENDANT'S KIDNEY FOR HIS MOTHER**

Comes now the Defendant, John Wesley Newell, by and through counsel and respectfully requests that the Court convene a hearing as predicate to an Order directing the United States Marshall Service and/or the Bureau of Prisons to transfer the Defendant to a secure medical facility, such as the facility in Lexington, Kentucky, for purposes of completing the remaining steps required to allow the Defendant to donate his kidney to his mother who is in dire need of such a kidney transplant.

For cause, the Defendant would show the Court that the Defendant sought a release on bond in December, 2012 in order to complete the steps necessary to donate his kidney to his mother. (Doc. 22). Following a hearing, the Court denied the motion because there was "no condition or combination of condition that would reasonably protect the safety of the community if he is released in accordance with the proposals in his instant motion. (Doc. 30). The Court denied the motion without prejudice, to be considered anew provided that such testing could be done under other conditions that would protect the community. (Id.).