UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00040 |
| | ) Chief Judge Haynes |
| JOHN WESLEY NEWELL | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

Comes now the Defendant, John Wesley Newell, by and through counsel, and respectfully requests that the Court continue his sentencing hearing, presently scheduled for October 20, 2014 at 1:30 p.m for ninety (90) days. For cause, the Defendant would show the Court as follows.

The Court granted the Defendant's Motion for Transfer for Kidney Donation for his mother. (Doc.112). In order to accomplish this, Defendant's counsel has contacted TriStar Centennial Transplant Center at Centennial Medical Center where the operation would be performed. Defendant's counsel has been informed as to the process that must completed prior to the transplant operation. *(See, Letter attached)*.

The first two procedures can be done at the Warren County Detention Center where the Defendant is housed without the necessity of any transfer. Once initiated, these procedures can be accomplished within a few weeks. The two remaining procedures outlined in the Letter need to be conducted at Centennial Medical Center and Urology Associates of Nashville, respectively. Following these procedures, the transplant operation can be scheduled usually within three weeks and needs to be followed with two to three days recovery.