# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-cr-00040 |
| | ) | Judge Trauger |
| JOHN WESLEY NEWELL | ) | |
| | ) | |

## **O R D E R**

Defense counsel has informed all concerned parties that two weeks off of blood thinners will suffice for the necessary testing of the defendant. He has also informed the parties that the "hold" that had been placed on the transplant center has been lifted but that the defendant's case might not be reactivated for "at least 2-3 months".

It is hereby ORDERED that a telephonic status conference will be held with counsel for the parties and the U.S. Marshal Service on Wednesday, January 6, 2016 at 11:00 a.m. Parties shall call 866-590-5055 (Access Code 4952789#), to participate in the telephone conference.

The court expects defense counsel to report at that time on an updated estimate of where the defendant stands in line at the transplant center for the necessary testing.

It is so **ORDERED**.

ENTER this 11th day of December 2015.

_____
ALETA A. TRAUGER
U.S. District Judge