> **Motion GRANTED.**
> **Hearing reset for 1/12/16 at 2:00 p.m.**
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 3:12-00040 |
| ) | Judge Trauger |
| **JOHN WESLEY NEWELL** ) | |
| Defendant. ) | |

### MOTION TO RESCHEDULE SENTENCING HEARING TO AT TUESDAY OR THURSDAY

Comes now the Defendant, John Wesley Newell, by and through counsel, and respectfully requests that the Count reschedule his sentencing hearing currently set for Wednesday, January 13, 2016 to any Tuesday or a Thursday, including January 12. For cause, the Defendant would show that Court that his mother wishes ro attend and she has dialysis on Mondays, Wednesdays, and Fridays. Defense counsel is available any Tuesday or Thursday, except for January 19th.

Respectfully Submitted,
s/Thomas F. Bloom
Thomas F. Bloom
BPR # 11950
911 Marengo Lane
Nashville, TN. 37204
(615) 260-5952

### CERTIFICATE OF SERVICE

I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this <u>6th</u> day of January, 2016.

s/ Thomas F. Bloom