## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-cr-00040 |
| ) | Judge Trauger |
| JOHN WESLEY NEWELL ) | |
| ) | |

### O R D E R

It is hereby ORDERED that the sentencing of this defendant scheduled for August 8, 2016 is RESET for Wednesday, August 10, 2016 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 29th day of July 2016.

_____
ALETA A. TRAUGER
U.S. District Judge